[Nos. 15815-2-III; 16019-0-III.   Division Three.   October 26, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY PAUL ROBERTS, *Appellant*.

Appeals from a judgment of the Superior Court for Grant County, No. 95-1-00496-5, Kenneth L. Jorgensen, J., entered April 8 and July 22, 1996. *Affirmed* by unpublished opinion per Kato, J., concurred in by Sweeney and Brown, JJ.

[No. 17415-8-III.   Division Three.   October 26, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN R. SANDERS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-8-01754-4, Greg D. Sypolt, J., entered March 24, 1998. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Kurtz and Brown, JJ.

[No. 17629-1-III.   Division Three.   October 26, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL G. WHEELER, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 97-1-00747-3, Dennis D. Yule, J., entered June 26, 1998. *Affirmed* by unpublished opinion per Kurtz, A.C.J., concurred in by Sweeney and Kato, JJ.

[No. 17823-4-III.   Division Three.   October 26, 1999.]

THE STATE OF WASHINGTON, *Petitioner,* v. MARIE ELIZABETH DOHENY, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-1-01745-0, Richard J. Schroeder, J., entered August 12, 1998. *Reversed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Kato, JJ.